FILED
2017 Feb-28 AM 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT D**: DEFENDANT'S "Wood Be Gone II" INFRINGING TRAP

| Claim | | APPLICATION OF "WOOD BE GONE II" CARPENTER BEE TRAP TO U.S. PATENT NO. 8,375,624 |
|---|---|---|
| **1** | A carpenter bee trap comprising: | Defendant's "Wood Be Gone II" carpenter bee trap, as shown below in Figure 1, is designed to trap carpenter bees. |

<u>Figure 1</u>




| | | |
|---|---|---|
| [1a] | a trap entrance unit forming a plenum being made of wood or a wood substitute; | As shown above in **Figure 1,** the "Wood Be Gone II" carpenter bee trap includes a trap entrance unit that forms a plenum made of unpainted and untreated wood (arrow C). |
| [1b] | said trap entrance unit having at least | As shown above in **Figure 1**, the "Wood Be Gone II" carpenter bee trap has at least one hole drilled though the |

| | | |
|---|---|---|
| | one hole drilled there-through and sized to mimic a natural carpenter bee nest tunnel so as to provide a primary attractant; | wall of the trap entrance unit, and the hole is roughly one-half inch in diameter, which is designed to allow carpenter bees to pass through and mimic a carpenter bee nest (arrow B). |
| [1c] | said hole extending from the outside of the trap unit to a plenum interior; said hole being configured to extend substantially horizontally or at an upward angle; a means to shelter an entrance to said hole is provided to reduce the admittance of ambient light; | As shown above in **Figure 1,** the "Wood Be Gone II" carpenter bee trap has a hole extending from the outside surface into the interior of the plenum (arrow B). This hole is oriented at an upwards angle (arrow B). The opaque roof of the plenum shelters the entrance hole, and reduces the amount of ambient light entering the plenum (arrow A), much like the roof of the preferred embodiment depicted in Figs. 5a, 5b and 5c of the '624 Patent, in which the trap entrance is made from a solid block of wood having neither an overhanging roof nor sloping sides. Plaintiff notes that Figs. 5a-c each depict entrance holes 511, which are described in the specification of the '624 Patent as "sheltered entrance holes." '624 patent, col. 6, ll. 30-34. |
| [1d] | said trap unit further compromising a receptacle adapter being substantially located at the bottom of said trap unit and being configured to receive a clear or translucent receptacle; | As shown above in **Figure 1**, the "Wood Be Gone" carpenter bee trap contains a receptacle adapter located at the bottom of the trap entrance unit (Arrow D). The receptacle adapter allows a clear or translucent receptacle (arrow E) to attach. |
| [1e] | a receptacle received by said adapter situated to allow ambient light to enter through said bottom into said plenum interior, thereby providing a secondary attractant; said receptacle further being provided to receive trapped bees. | As shown above in **Figure 1**, the receptacle (arrow E) is received by the receptacle adapter (arrow D). The clear receptacle is situated at the bottom of the trap. Ambient light passes through the clear or translucent receptacle into the interior of the plenum through a hole, located at the bottom of the plenum (arrow F). The ambient light entering the bottom of the plenum serves as a secondary attractant. The clear receptacle receives trapped carpenter bees. |

| | | |
|---|---|---|
| 2. | The carpenter bee trap of claim 1, wherein the receptacle is temporarily attached to the trap. | The receptacle is temporarily screwed to the trap entrance unit as evidenced by the photograph of Fig. 1. |
| 3. | The carpenter bee trap of claim 1, wherein the receptacle is disposable. | The receptacle is a disposable glass jar. |
| 4. | The carpenter bee trap of claim 1, wherein the receptacle is configured to be screwed into said bottom of said plenum. | The clear glass receptacle is screwed to the trap entrance unit as evidenced by the photograph of Fig. 1. |
| 7. | The carpenter bee trap of claim 1, wherein the diameter of the at least one hole is between ½ inch to ¾ inch. | As shown above in **Figure 1**, the hole (Arrow B) is roughly one-half inch in diameter. |
| 10. | The carpenter bee trap of claim 1, wherein a means to mount the trap is located substantially at the top of the trap entrance unit. | As shown above in **Figure 1**, the trap is sold with an attached metal chain and hook located substantially at the top of the trap entrance unit which serves as a means to mount the trap. |