# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**BRIAN ROBERT BLAZER**
**D/B/A CARPENTER BEE SOLUTIONS**

  **Plaintiff,**

v.

**CHRISMAN MILL FARMS, LLC**

  **Defendant.**

**Case No. 1:17-cv-320-VEH**

## RESPONSE IN OPPOSITION TO MOTION TO DISMISS

COMES NOW Defendant/Counterclaim Plaintiff, Chrisman Mill Farms, LLC ("CMF"), by and through counsel, for its Response in Opposition to Plaintiff/Counterclaim Defendant's Motion to Dismiss [Doc. 15], and states as follows:

1. CMF filed its original Answer, Defenses, and Counterclaims on May 30, 2017. [Doc. 8].

2. In response, on June 13, 2017, Plaintiff/Counterclaim Defendant Brian Robert Blazer d/b/a Carpenter Bee Solutions ("Blazer) filed a Motion to Dismiss. [Doc. 15].

3. On June 23, 2017, CMF filed its Amended Counterclaims. [Doc. 18].

4. CMF's Amended Counterclaims "supersede and supplant the original [counterclaims]." *Anderson v. City of Homewood*, No. 2:16-cv-439-TMP, 2016

WL 7438895, at *1 n.4 (N.D. Ala. Dec. 27, 2016) (citation omitted); *Fritz v. Standard Sec. Life Ins. Co. of N.Y.*, 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint."); *see also JRS Mgmt. v. Lynch*, 621 F. App'x 978, 982 (11th Cir. 2015) (noting that amended complaint supersedes original complaint); *Smith v. U.S.*, 120 Fed. Cl. 455, 460 (Fed. Cir. 2015) (quoting *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999)) ("When an amended complaint is filed, 'the new complaint supersedes all previous complaints and controls the case from that point forward.'"); *Oliver v. M/V BARBARY COAST*, No. 11-0223-KD-C, 2011 WL 3902863, at *1 (S.D. Ala. Aug. 26, 2011), *adopted by* 2011 WL 390821 (S.D. Ala. Sept. 6, 2011) (noting that rule that amended pleading supersedes original pleading applies equally to counterclaims and amended counterclaims).

5. Where an amended pleading supersedes the original pleading, any pending motion to dismiss is deemed moot. *Anderson*, 2016 WL 7438895 at *1 n.4 ("Because the First Amended Complaint operated to supersede and supplant the original complaint, the motions to dismiss filed before the complaint was amended are now moot as they related to a pleading that has been superseded.") (citation omitted); *see also JRS Mgmt.*, 621 F. App'x at 982 (noting that motion to dismiss original complaint was moot); *Smith*, 120 Fed. Cl. at 460 (quoting *Thompson v. Pallito*, 949 F. Supp. 2d 558, 582 (D. Vt. 2013)) ("'[M]otions addressed to the

original complaint are generally regarded as moot upon the filing of an amended complaint.'"); *see also Brannon v. City of Gadsden*, No. 4:13-CV-1229-VEH, 2013 WL 6284516, at *1 (N.D. Ala. Dec. 4, 2013) ("By way of separate Motions to Dismiss . . . , Defendants challenged the sufficiency of Plaintiffs' initial pleading and, on August 19, 2013, Plaintiffs filed a first amended and restated complaint . . . , which rendered the then pending First Dismissal Motions moot."); *Oliver*, 2011 WL 3902863 at *1, *adopted by* 2011 WL 390821 (S.D. Ala. Sept. 6, 2011) (motion to dismiss denied as moot after filing of amended counterclaim).

6. Because CMF filed its Amended Counterclaims, its original counterclaims have been superseded and replaced, and the Amended Counterclaims control. As such, Blazer's Motion to Dismiss, which relates to a superseded pleading, is moot.

7. Accordingly, Blazer's Motion to Dismiss is due to be denied as moot.

WHEREFORE, PREMISES CONSIDERED, CMF respectfully requests that this Honorable Court enter an Order denying Blazer's Motion to Dismiss as moot.

                                       Respectfully submitted,

                                       /s/ James M. Francis
                                       James M. Francis
                                       Kentucky Bar No.: 89834
                                       Francis Law Firm
                                       2333 Alexandria Dr.
                                       Lexington, KY 40504
                                       Phone: (859) 519-0755
                                       Fax:   (859) 201-1315

E-mail: jim@francis-law.com
Admitted Pro Hac Vice

/s/ Brenen G. Ely
Alabama Bar No. ASB-0366-E54B
Ely and Isenberg, PLLC
2100-B Southbridge Parkway, Suite 380
Birmingham, AL 35209
Telephone: 205-313-1200
Facsimile: 205-313-1201
E-mail: bely@elylawllc.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on June 27, 2017, I electronically filed this document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following counsel of record.

Joseph J. Gleason
GLEASON LAW LLC
780 Morosgo Drive #14084
Atlanta, Georgia 30324
E-mail: joe@gleason.legal
*Counsel for Plaintiff*

Steven M. Brom
BACHUS & BROM LLC
4908 Cahaba River Road
Suite 100
Birmingham, Alabama 35243
E-mail: sbrom@bachusbrom.com
*Counsel for Plaintiff*

/s/ Brenen G. Ely
*Counsel for Defendant*