FILED
 2017 Aug-17  PM 04:53
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN ROBERT BLAZER,** )<br>**d/b/a  CARPENTER  BEE** )<br>**SOLUTIONS,** )<br>)<br>     **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CHRISMAN MILL FARMS, LLC,** )<br>)<br>     **Defendant.** ) | **Case No. 2:17-CV-00320-VEH** |

## SCHEDULING ORDER

This court has before it the July 31, 2017, report of parties' planning meeting. (Doc. 25).[1] The court reminds the parties that they are bound by the Patent Rules of this court unless expressly modified by this court or this Scheduling Order. This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown. The deadlines provided by the court in this Scheduling Order are firm deadlines.

### INITIAL SCHEDULING ORDER

**1.    DISCOVERY**

   **ESI** - The parties agree that they will produce in native format and produce

---

[1] To the extent any dates in this Order predate the date of this Order, the Court points out that such dates are the dates selected by the parties in their report.

TIFF images and load filed containing original metadata and OCR.

Any party's inadvertent disclosure of any information or document subject to the attorney-client privilege or work-product protection connected with this litigation shall not operate as a waiver of the privilege or protection in this or any other federal or state proceeding.

Fact discovery commenced on July 31, 2017. The Court hereby **ORDERS** the following schedule:

**8-7-2017**: P.R. 3-1 Preliminary Infringement Contentions and P.R. 3.2 Document Production

**9-21-2017**: P.R. 3-3 Preliminary Invalidity Contentions; P.R. 3-4 Document Production; P.R. 3-8 Willfulness Disclosures

**10-2-2017**: P.R. 4-1 Exchange of Proposed Terms and Claim Elements for Construction

**10-23-2017**: P.R. 4-2 Exchange of Preliminary Claim Construction and Extrinsic Evidence

**11-20-2017**: P.R. 4-3 Joint Claim Construction Chart and Prehearing Statement

**12-20-2017**: P.R. 4-4 Completion of Claim Construction Discovery

**1-4-2018**: P.R. 4-5 Blazer Opening Claim Construction Brief

**1-18-2018**: P.R. 4-5 CMF Opening Claim Construction Brief

**1-25-2018**: P.R. 4-5 Blazer Reply Claim Construction Brief

**2-16-2018**: Claim Construction Hearing

**2-16-2018**: Deadline to Complete Fact Discovery

2. **INTERROGATORIES**: There is a maximum 30 interrogatories to each party (including sub-parts); initial responses due 33 days from service; final responses due 30 days prior to the close of fact discovery.

3. **REQUEST FOR ADMISSIONS**: There is a limit of 100 substantive RFAs.

4. **DEPOSITIONS**: There is a limit of 15 fact witness depositions per party. The parties agree to a limit of 1 deposition per expert witness.

5. **DEPOSITION HOURS**: There is no limit on total deposition hours, but rely on the 7-hour per-day rule.

6. **EXPERT REPORTS**: Opening expert reports will be served within 30 days after issuance of the Markman order, and rebuttal expert reports are due 15 days after opening expert reports. Expert depositions should be completed 30 days prior to the deadline to file motions to strike expert testimony.

7. **SUPPLEMENTATION**: Supplemental disclosures will be timely provided as needed, as set forth in Fed. R. Civ. P. 26(e)(1)(A). All supplementation must be made no later than 30 days prior to the deadline for the completion of fact

discovery.

8. **OTHER ITEMS**:

(a) Rule 16(b) Scheduling Conference: The Parties agree that a Rule 16(b) scheduling conference is not necessary.

(b) Final Dates for Plaintiff to Amend Pleadings or Join Parties: **October 16, 2017** for Blazer to amend pleadings or join parties.

(c) Final Dates for Defendant to Amend Pleadings or Join Parties: **October 30, 2017** for CMF to amend pleadings or join parties.

(d) Final Dates to File Dispositive Motions: Motions should be filed within 30 days of the exchange of rebuttal expert reports.

(e) Alternative Dispute Resolution: The Parties agree that mediation or settlement hearing before the Court may enhance settlement prospects.

(f) Motions in Limine; Pretrial Disclosures, Motions to Strike Expert Testimony, and Objections: These deadlines will be set in coordination with the trial date set by the Court.

(g) Trial: This case will be ready for trial in late Spring or early Summer 2018, and trial will last five (5) days.

___

**Claim Construction Hearing**:.

A Joint Claim Construction and Prehearing Statement is due by February 9, 2018, and must contain a request to present live testimony at the claim construction hearing. As to each person identified in such request, the party seeking to present that person's live testimony at the hearing **shall** email to chambers of the undersigned (and **SHALL** file with the clerk) a list containing: the name of each person that party seeks to present by live testimony; the topic(s) upon which such person will testify and a summary of such anticipated testimony; whether such person has been deposed (and, if such person has been deposed, the party seeking to call such person shall, no later than ten (10) calendar days prior to the *Markman* hearing, provide the undersigned's chambers (but shall **NOT** file with the clerk) two (2) complete copies of such person's deposition testimony); and the anticipated time for direct examination of such person. Further, the parties **shall** jointly file with the clerk and submit a claim construction chart by email to chambers of the undersigned at least **ten (10) calendar days** before the Claim Construction Hearing. The order of presentation at the Claim Construction Hearing shall be as follows:

    a.    Plaintiff (as to each claim);

    b.    Defendant (as to each claim).

The parties shall meet and confer and file a Second Report of Parties' Planning

Meeting no later than 21 days after the court's claim construction ruling. Such second report shall set out the parties' agreements/positions regarding all deadlines marked "TBD" on the parties' chart within their report on parties' planning meeting that are listed **after** the entry for "*Markman* hearing" and **before** the entry for "Pretrial conference." The court will promptly enter a second scheduling order; however, the parties **shall** comply with any agreed deadlines set out in such Second Report even if the court has not yet entered a second scheduling order.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** this 17th day of August, 2017.

						     _____
						     **VIRGINIA EMERSON HOPKINS**
						     United States District Judge